# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Joan Humphrey Lefkow is presiding over MDL 2371 (12 C 6286, *In Re: Unified Messaging Solutions LLC Patent Litigation*); and

It further appearing that the cases on the attached list fall within the scope of MDL 2371; therefore

IT IS HEREBY ORDERED, that the Clerk is to reassign the cases on the attached list to the Hon. Joan Humphrey Lefkow.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 21st day of August, 2012.

| Case | Case Title | Judge |
| --- | --- | --- |
| 12cv1487 | Unified Messaging Solutions v Discover Financial Services | Castillo |
| 12cv1488 | Unified Messaging Solutions v Groupon, Inc. | Holderman |
| 12cv1489 | Unified Messaging Solutions v Orbitz, LLC | Pallmeyer |
| 12cv1490 | Unified Messaging Solutions v Southwest Airlines | Gottschall |
| 12cv1491 | Unified Messaging Solutions v UBS Financial Services | Kennelly |
| 12cv1492 | Unified Messaging Solutions v United Air Lines, Inc. | Coleman |
| 12cv1493 | Unified Messaging Solutions v Walgreen Co. | Lefkow |
| 12cv1494 | Unified Messaging Solutions v Northern Illinois Gas Company | Leinenweber |